ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/22/2015 10:32:56 AM
CATHY LUSK
CLERK

| Appellate Docket Number: | 12-14-00365-CV |
| --- | --- |
| Appellate Case Style: | Edom Corner, LLC and Earl A. Berry, Jr. |
| Vs. | It's the Berry's, LLC |
| Companion Case No.: | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/22/2015 10:32:56 AM

CATHY S. LUSK
Clerk

Amended/corrected statement:

# DOCKETING STATEMENT (Civil)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

☐ Person  ☒ Organization (choose one)

Organization Name: Edom Corner, LLC

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ○

## II. Appellant Attorney(s)

☒ Lead Attorney

First Name: Katherine

Middle Name: Anne

Last Name: Ferguson

Suffix:

Law Firm Name: Renshaw, Davis & Ferguson, LLP

Address 1: P.O. Box 21

Address 2: 2900 Lee Street, Suite 102

City: Greenville

State: Texas    Zip+4: 75403-0021

Telephone: (903) 454-6050    ext.

Fax: (903) 454-4898

Email: rdflawoffice@yahoo.com

SBN: 06918050

## I. Appellant

☒ Person  ☐ Organization (choose one)

First Name: Earl

Middle Name: A.

Last Name: Berry

Suffix: Jr.

Pro Se: ○

## II. Appellant Attorney(s)

☐ Lead Attorney

First Name: Richard

Middle Name: L.

Last Name: Ray

Suffix:

Law Firm Name: Ray & Thatcher, PC

Address 1: 300 S. Trade Days Blvd.

Address 2:

| | |
|---|---|
| | **City:** Canton |
| | **State:** Texas     **Zip+4:** 75103 |
| | **Telephone:** (903) 567-2051    **ext.** |
| | **Fax:** (903) 567-6998 |
| | **Email:** rlray@rayandthatcher.com |
| | **SBN:** 16606300 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: It's The Berry's, LLC d/b/a Mary Ellen's | First Name: Larry |
| First Name: | Middle Name: M. |
| Middle Name: | Last Name: Lesh |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Law offices of Larry M. Lesh |
| Pro Se: ○ | Address 1: 1 Forest Park Drive |
| | Address 2: |
| | City: Richardson |
| | State: Texas    Zip+4: 75080 |
| | Telephone: (214) 237-8589    ext. |
| | Fax: (972) 699-1456 |
| | Email: lmlesh@sbcglobal.net |
| | SBN: 12225000 |

| **III. Appellee** | **IV. Appellee Attorney(s)** |
|---|---|
| ☐ Person  ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: Richard |
| First Name: | Middle Name: Paul |
| Middle Name: | Last Name: Elliot |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: R. Paul Elliot P.C. |
| Pro Se: ○ | Address 1: 301 S. Main |
| | Address 2: |
| | City: Canton |
| | State: Texas    Zip+4: 75103 |
| | Telephone: (903) 567-4141    ext. |
| | Fax: (903) 567-6228 |
| | Email: rpe@elilaw.co |
| | SBN: 24008606 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Contract

Date order or judgment signed: October 14, 2014       Type of judgment: Summary Judgment

Date notice of appeal filed in trial court: December 16, 2014

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☐ Yes ☒ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4): ☐ Yes ☒ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000?    ☐ Yes ☒ No
Judgment or order disposes of all parties and issues:  ☒ Yes ☐ No
Appeal from final judgment:                            ☒ Yes ☐ No
Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?    ☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☒ Yes ☐ No | If yes, date filed: | November 6, 2014 |
| Motion to Modify Judgment: | ☐ Yes ☒ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☒ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes ☒ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes ☒ No | If yes, date filed: | |
| Other: | ☐ Yes ☐ No | | |

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | | |
|---|---|---|---|
| Affidavit filed in trial court: | ☐ Yes ☐ No | If yes, date filed: | |
| Contest filed in trial court: | ☐ Yes ☐ No | If yes, date filed: | |

Date ruling on contest due:

Ruling on contest: ☐ Sustained    ☐ Overruled    Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☐ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [redacted]                    Bankruptcy Case Number: [redacted]

## IX. Trial Court And Record

| | | | |
|---|---|---|---|
| Court: | 294th Judicial District Court | Clerk's Record: | |
| County: | Van Zandt | Trial Court Clerk: ☒ District ☐ County | |

**Trial Court Docket Number (Cause No.):** 09-00138

Was clerk's record requested?  ☐ Yes  ☒ No

If yes, date requested: [redacted]

Trial Judge (who tried or disposed of case):

If no, date it will be requested: January 23, 2015

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

First Name: Theresa

Middle Name: A.

Last Name: Drum

**(Note: No request required under TRAP 34.5(a),(b))**

Suffix: [blank]

Address 1: 121 E. Dallas St., Suite 301

Address 2: [blank]

City: Canton

State: Texas          Zip + 4: 75103

Telephone: (903) 567-7555     ext. [blank]

Fax: (903) 567-5652

Email: [blank]

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☐ Yes  ☒ No

Was there a reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: January 23, 2015

If no, date it will be requested: [blank]

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

☒ Court Reporter   ☐ Court Recorder
☒ Official   ☐ Substitute

First Name: Estella

Middle Name:

Last Name: Grisham

Suffix:

Address 1: 121 E. Dallas, Suite 301

Address 2:

City: Canton

State: Texas          Zip + 4: 75103

Telephone: (903) 567-4422   ext.

Fax: (903) 567-5652

Email: egrisham@vanzandtcounty.org

## X. Supersedeas Bond

Supersedeas bond filed: ☒ Yes   ☐ No     If yes, date filed: 12/16/2014

Will file: ☐ Yes   ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?   ☐ Yes   ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?   ☐ Yes   ☒ No

If no, please specify: Case (and prior underlying cases) has been to mediation previously with no success

Has the case been through an ADR procedure?   ☒ Yes   ☐ No

If yes, who was the mediator? Steve Watkins

What type of ADR procedure? Mediation

At what stage did the case go through ADR?   ☒ Pre-Trial   ☐ Post-Trial   ☐ Other

If other, please specify:

Type of case? Contract

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Whether a party can file a separate suit to recover attorneys fees when none were awarded in prior litigation and whether one can recover attorney's fees when no damages awarded

How was the case disposed of? Summary Judgment

Summary of relief granted, including amount of money judgment, and if any, damages awarded. No damages awarded but court awarded attorney's fees

If money judgment, what was the amount? Actual damages: $0.00

Punitive (or similar) damages: $0.00

Attorney's fees (trial): $175,283.42

Attorney's fees (appellate): $10,000.00

Other:

If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☒ Yes ☐ No

Does judgment have a Mother Hubbard clause? ☒ Yes ☐ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case. ☐ Yes ☒ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement: Katherine A. Ferguson

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 12-14-001310-CV        Trial Court: 09-00138

Style: Edom Corner, LLC and Earl A. Berry, Jr.

Vs. It's the Berry's, LLC d/b/a Mary Ellen's

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 07-06-0390-CV        Trial Court: 06-00320

Style: It's the Berry's, LLC

Vs. Edom Corner, LLC

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☐ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

Signature of counsel (or pro se party)

Date: 01/22/2015

Printed Name: Katherine A. Ferguson

State Bar No.: 06918050

Electronic Signature:
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on January 22, 2015 .

_(signature)_

Signature of counsel (or pro se party)

Electronic Signature: 
(Optional)

State Bar No.: 06918050

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 22, 2015

Manner Served: Email

First Name: Larry

Middle Name: M.

Last Name: Lesh

Suffix:

Law Firm Name: Law Office of Larry M. Lesh

Address 1: 1 Forest Park Drive

Address 2:

City: Richardson

State Texas          Zip+4: 75080

Telephone: (214) 237-8598     ext.

Fax: (972) 699-1456

Email: lmlesh@sbcglobal.net

If Attorney, Representing Party's Name: It's the Berry's, d/b/a Mary Ellen's

Please enter the following for each person served:

Date Served: January 22, 2015

Manner Served: Email

First Name: Richard

Middle Name: Paul

Last Name: Elliot

Suffix:

Law Firm Name: R. Paul Elliot, P.C.

Address 1: 301 S. Main

Address 2:

City: Canton

State Texas          Zip+4: 75103

Telephone: (903) 567-4141   ext.

Fax: (903) 567-6228

Email: rpe@elilaw.co

If Attorney, Representing Party's Name: It's the Berry's, LLC d/b/a Mary Ellen's